My name is ____ and I'm writing in hopes of recieving assistance with what I believe to be a failure of the Sarasota County Corrections division for upholding rules and requalations provided by the ADA (Americans with Disabilities act.) during my Incarrcaration at their County Jail.

Since Feb 1 2024 I've been placed in what could be referred to as "The Hole" where I'm confined to a 10x6 cell with a walking area of 3x10 and a doorway that is no wider then 2.5ft. I'm Released once a day from this cell into a slighty larger room for 2hrs to watch TV and thats all. Theres a shower that is unable to accomidate me in my current Condition due to it having no ramp and a large step to enter providing no handles, rails nor bench.

I believe that Sarasota County has acted in bad faith to uphold the requirements laid forth by the ADA I feel I've been discriminated against on the basis of my disability of missing my left leg and its caused me not only Physical but Mental angush during my Stay here. I believe even though I am Incarrcrated here I have the right to

Comfortable Accomodations that work with my disability and the audacity the corrections officers have to make me disassemble my own wheelchair to enter and exit my cell is appalling and down right unconstitutional.

I've spent enough time here researching other similar cases to believe that I have a solid lawsuit and I'm looking to find the correct lawyer that believes this to be true and to help me on my road to justice not only for myself but for the many others that have or are currently suffering at that hands of the Sarasota County Sheriff's Office Corrections division.

I've listed a few similar cases for you to look over and intend on hearing from your in the near future reguarding this matter.

Thank You for your time,

x Raynard R. Pete

Notary Public State of Florida
Roberto Martinez
My Commission HH 321924
Expires 10/13/2026

In my findings I've come up with some more info I would like to add for you to understand more of my situation and why I believe to have a strong lawsuit. Title II of the ADA provides that "no qualified Individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity or be subjected to discrimination by any such entity such as the Sarasota County Corrections Division Sheriffs office.

From my understanding of this would be that I must show that (1) I have a disability (2) that I'm a qualified Individual, and (3) that I was and currently am being discriminated against and excluded from participation/Denied any benefits. From my continued research I see that the ADA defines a disability as a physical and or Mental Impairment that substantially limits one or more of the major life activities such as walking which the general population can perform but I'm significantly restricted to as to my condition as being an amputee. Again I hope this Info is valuable for you understanding my situtuation.

Thank You again for your time     Raymond A Pete

Notary Public-State-of-Florida
Roberto Martinez
My Commission HH 321924
Expires 10/13/2026